U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 1 2015

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARK JOSEPH CASTANEL | CIVIL ACTION NO. 15-cv-1834 |
| VERSUS | JUDGE FOOTE |
| DEPARTMENT OF CHILDREN & FAMILY SERVICES, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is dismissed without prejudice for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE